UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE DEAN STRAWN,<br><br>  Plaintiff,<br><br>  v.<br><br>BRUCE SOKOLOFF, et al.,<br><br>  Defendants. | Case No.  1:22-cv-01245-AWI-EPG<br><br>ORDER VACATING SCHEDULING CONFERENCE, SETTING DEADLINE FOR INITIAL DISCLOSURES<br><br>(ECF No. 18) |

This matter is before the Court on the parties' joint scheduling report. (ECF No. 18). Noting that Defendants have filed a motion to dismiss (ECF No. 10) some of the claims in the complaint, the parties request that the January 26, 2023, scheduling conference be vacated and reset after the motion to dismiss is ruled on. Further, the parties request that, despite the pending motion to dismiss, the Court set February 9, 2023, as the deadline for initial disclosures.

Based on the parties' joint scheduling report (ECF No. 18), IT IS ORDERED as follows:

1. The January 26, 2023 scheduling conference (ECF No. 5) is vacated.
2. Within ten days after the issuance of the ruling on the motion to dismiss, the parties are directed to contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) to secure a new scheduling conference date.

\\\
\\\
\\\
\\\

1

3. The parties shall exchange initial disclosures by no later than February 9, 2023.

IT IS SO ORDERED.

Dated:  **January 19, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE