UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE DEAN STRAWN,<br><br>        Plaintiff,<br><br>    v.<br><br>BRUCE SOKOLOFF, et al.,<br><br>        Defendants. | Case No.  1:22-cv-01245-ADA-EPG<br><br>ORDER FOR DEFENSE COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS TO ATTEND THE NOVEMBER 13, 2023 MID-DISCOVERY STATUS CONFERENCE<br><br>(ECF Nos. 32, 36) |

Plaintiff alleges civil rights and tort claims in this case. (ECF No. 26). The following attorneys appear on the docket as representing all Defendants: Bradley James Swingle and Laura A. McGee.

This matter was scheduled for a mid-discovery status conference on November 13, 2023, at 10 a.m. (ECF Nos. 32, 35, 36). Ahead of the conference, the parties filed a joint status report, with Attorney Bradley Swingle signing as defense counsel. (ECF No. 35). The joint status report noted the correct date and time for the conference. While the parties asked the Court to vacate the conference, the Court entered a minute order on October 24, 2023, confirming the conference:

> This matter is before the Court on the parties' joint status report in advance of the mid-discovery status conference set for November 13, 2023, at 10 a.m. (ECF No. 35 ). Within this report, the parties ask the Court to vacate the conference as they believe it to be unnecessary; alternatively, they ask that they be permitted to appear telephonically. The Court will not vacate the conference. However, the Court directs the parties' attention to the scheduling order, which has already granted the parties permission to appear telephonically by dialing 1-888-251-2909

and entering access code 1024453.

(ECF No. 36).

On November 13, 2023, the Court attempted to hold the conference at 10 a.m. The Court, its staff, and Plaintiff's counsel Ryan P. Sullivan were present telephonically, and the Court waited a few minutes for defense counsel to join. However, no attorney appeared on Defendants' behalf.

Given these circumstances, IT IS ORDERED as follows:

1. Defense counsel shall show cause why sanctions should not issue for the failure of any of Defendants' attorneys to attend the conference as required by the Court's orders. (ECF Nos. 32, 36).
2. Defense counsel[1] has until November 20, 2023, to file a written response explaining why counsel did not attend the conference.
3. After reviewing counsel's response, the Court will consider whether sanctions are appropriate and determine whether to reschedule the mid-discovery status conference.

IT IS SO ORDERED.

Dated:   **November 13, 2023**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Any of Defendants' attorneys may respond to this order.

2