1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 | RAE DEAN STRAWN,                    Case No.  1:22-cv-01245-ADA-EPG

12 |             Plaintiff,               ORDER DISCHARGING ORDER TO SHOW
                                          CAUSE
13 |     v.
                                          (ECF No. 38)
14 | BRUCE SOKOLOFF, et al.,

15 |             Defendants.

16
17
18
       Plaintiff alleges civil rights and tort claims in this case. (ECF No. 26). On November 16, 2023, this Court issued an order requiring defense counsel to show cause why sanctions should not issue for the failure of any of Defendants' attorneys to attend the November 13, 2023 mid-discovery conference as required by the Court's orders. (ECF Nos. 32, 36, 38).

       Attorney Graham Scott has now filed a declaration in response to the order to show cause. (ECF No. 39). Attorney Scott states that he mistakenly had the hearing set for 11 a.m. (rather than 10 a.m.) due to an apparent typo in calendaring the matter and apologizes for not appearing.

       Upon review, IT IS ORDERED as follows:

1. The Court discharges its November 13, 2023 order to show cause. (ECF No. 38).
2. The Court will not issue sanctions but reminds the parties of the importance of ensuring they correctly calendar proceedings before the Court.

3. The Court will not reschedule the mid-discovery status conference, and the case proceeds on the existing schedule.

IT IS SO ORDERED.

Dated:   **November 17, 2023**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE