# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAE DEAN STRAWN ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:22–CV–01245–KES–EPG** |
| v. | |
| **BRUCE SOKOLOFF , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/03/2025 .**

ENTERED:  **January 3, 2025**          /s/ **Keith Holland**
                                                            Clerk of Court